United States District Court
Southern District of Texas

**ENTERED**

May 10, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **QUALITY DIAGNOSTICS INTERNATIONAL, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION 4:23-CV-03886** |
| **AZURE BIOTECH, INC.; and ASSURE TECH HANGZHOU CO., LTD.,** | § § § § | |
| **Defendants.** | § § | |

## ORDER FOR PLAINTIFF'S WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE

Before the Court is Plaintiff Quality Diagnostics International, LLC's Unopposed Motion seeking the withdrawal of Daniel J. Olds and Judith Ramsey as counsel of record, substitution by appearance and designation of Mark G. Sessions as attorney-in-charge, and appearance of Charlie Hayes as counsel for Plaintiff. The Court finds that the motion should be and hereby is granted in its entirety.

IT IS THEREFORE, ORDERED that Daniel J. Olds and Judith Ramsey are hereby withdrawn as counsel of record for Plaintiff in this action and shall have no further responsibility or obligation in this action, that Mark G. Sessions is substituted as attorney-in-charge for Plaintiff and Charles Hayes shall serve as counsel of record for Plaintiff.

SIGNED this 10th day of ___May___, 2024.

_George C. Hanks Jr._

**HON. GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**

ClarkHill\M2478\475699\277103750.v2-4/29/24